```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10
11  LINO LAOLAGI,                        No. 2:06-cv-1313-LKK-KJM
    MEAFEU LAOLAGI,
12  GARY PFISTER, and
    NANCY PFISTER,
13
             Plaintiffs
14
         v.                              NON-RELATED CASE ORDER
15
    MERCK & CO., INC.,
16
             Defendant.
17  _____/
18  ESTER NED,                           No. 2:05-cv-2584-MCD-DAD
19           Plaintiff,
20       v.
21  MERCK & CO., INC.,
22           Defendant.
23  _____/
    BOYD COLE, STEVEN COLE, and          No. 2:05-cv-2609-MCD-GGH
24  KAREN ALVISO,
25           Plaintiffs,
26       v.
27  MERCK & CO., INC., and
    MCKESSON CORPORATION,
28
             Defendants.
    _____/
```

```
 1 │ FRANCES HUBBEL,                      No. 2:06-cv-0690-MCE-DAD
 2 │         Plaintiff,
 3 │     v.
 4 │ MERCK & CO., INC.,
 5 │         Defendant.
   │ _____/
 6 │ PATRICIA LOVE,                       No. 2:05-cv-2140-MCD-PAN
 7 │         Plaintiff,
 8 │     v.
 9 │ MERCK & COMPANY, INC., and
10 │ MCKESSON CORPORATION,
11 │         Defendants.
   │ _____/
12 │ JOHN HOIEN, and PEGGY HOIEN,         No. 2:05-cv-2464-MCD-KJM
13 │         Plaintiffs,
14 │     v.
15 │ MERCK & CO., INC., MCKESSON
16 │ CORPORATION, and
   │ AMERISOURCEBERGEN DRUG CORP.,
17 │         Defendants.
18 │ _____/
```

    The Court has received the Notice of Related Cases concerning the above-captioned cases filed. <u>See</u> Local Rule 83-123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///
///
///
///
///

1  This Order is issued for informational purposes only, and
2 shall have no effect on the status of the cases, including any
3 previous Related (or Non-Related) Case Order of this Court.
4  IT IS SO ORDERED.
5 DATE: July 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE