UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GAVIGAN, | No. 2:06-cv-1597-FCD-KJM |
|     Plaintiff, | |
|   v. | |
| MERCK & CO., INC., RALEY'S INC., and AMERISOURCEBERGEN DRUG CORP., | |
|     Defendants. _____/ | |
| ESTHER NED, | No. 2:05-cv-2584-MCE-DAD |
|     Plaintiff, | |
|   v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
|     Defendants. _____/ | |
| BOYD COLE, ET AL., | No. 2:05-cv-2609-MCE-GGH |
|     Plaintiff, | |
|   v. | |
| MERCK & CO., INC., and MCKESSON CORPORATION, | |
|     Defendants. _____/ | |

```
 1  JOHN HOIEN and PEGGY HOIEN,         No. 2:05-cv-2464-MCE-KJM
 2            Plaintiffs,
 3       v.
 4  MERCK & CO., INC.,
    MCKESSON CORPORATION, and
 5  AMERISOURCEBERGEN DRUG CORP.,
 6            Defendants.
    _____/
 7  FRANCES HUBBEL,                     No. 2:06-cv-0690-MCE-DAD
 8            Plaintiff,
 9       v.
10  MERCK & CO., INC.,
11            Defendant.
12  _____/
13  PATRICIA LOVE,                      No. 2:05-2140-MCE-PAN
14            Plaintiff,
15       v.
16  MERCK & CO., INC.,
    MCKESSON CORPORATION, and
17  AMERISOURCEBERGEN DRUG CORP.,
18            Defendants.
    _____/
19
```

The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///
///
///
///

2

      This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

      IT IS SO ORDERED.

DATE: August 14, 2006

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```